**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Robert Laval Wiley** | Social Security number or ITIN **xxx–xx–5322** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Kathleen Bernadette Wiley** | Social Security number or ITIN **xxx–xx–7176** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **District of Utah**

Case number: **12–24137   JTM**        Chapter 13        Petition date: 4/2/12

# Order of Discharge       12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Robert Laval Wiley                    Kathleen Bernadette Wiley

7/26/17                               **By the court:**   Joel T. Marker
                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                                District of Utah
In re:                                                     Case No. 12-24137-JTM
Robert Laval Wiley                                         Chapter 13
Kathleen Bernadette Wiley
        Debtors                    CERTIFICATE OF NOTICE
District/off: 1088-2          User: bc                    Page 1 of 3                   Date Rcvd: Jul 26, 2017
                              Form ID: 3180W              Total Noticed: 64


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2017.
db/jdb       +Robert Laval Wiley,   Kathleen Bernadette Wiley,   4785 W 5135 S,
               Salt Lake City, UT 84118-5714
8226257      +Allied Interstate,   P.O. Box 361477,   Columbus, OH 43236-1477
8226259       Attorney General for United States,   950 Pennsylvania Ave, NW,   Room 4400,
               Washington, DC 20530-0001
8226262       Bill Me Later,   PO Box 105658,   Atlanta, GA 30348-5658
8226263      +Brent J. Bowen, M.D. P.C.,   PO Box 57547,   Salt Lake City, UT 84157-0547
8433289      +CAPITAL ONE, N.A.,   PO Box 12907,   Norfolk VA 23541-0907
8226270      +Dr. R. Scott Binkerd DC,   431 E. 5600 S.,   Salt Lake City, UT 84107-6261
8226279      +Intermountain Health Care,   P.O. Box 410400,   Salt Lake City, UT 84141-0400
8227694       Nissan Motor Acceptance Corporation,   PO Box 660366,   Dallas TX 75266-0366
8226283      +Nissan Motor Acceptance Corporation,   P.O. Box 660360,   Dallas, TX 75266-0360
8412129      +QC Financial Services,   c/o Creditors Bankruptcy Service,   P.O. Box 740933,
               Dallas, TX 75374-0933
8226286      +QC Financial Services, Inc,   1806 W. 12600 S.,   Riverton, UT 84065-7026
8226287      +RC Willey Financial Services,   PO Box 65320,   Salt Lake City, UT 84165-0320
8226288       Salt Lake County Treasurer,   2001 S. State St., #N1200,   PO Box 144575,
               Salt Lake City, UT 84114-4575
8226289       Salt Lake District Attorney,   2001 S. State St, S-3500,   Salt Lake City, UT 84190-1210
8226293      +US Attorney, District of Utah,   David B. Barlow,   185 South State St. #400,
               Salt Lake City, UT 84111-1552
8226295      +Valley Builders,   P.O. Box 399,   Gunnison, UT 84634-0399
9342528       eCast Settlement Corporation,   PO Box 28136,   New York NY 10087-8136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +EDI: BASSASSOC.COM Jul 27 2017 00:53:00     HSBC Bank Nevada, N.A.,   Bass & Associates, P.C.,
               3936 E. Ft. Lowell Road, Suite 200,   Tucson, AZ 85712-1083
8226258       E-mail/Text: e-bankruptcy@americafirst.com Jul 27 2017 01:30:03     America First Credit Union,
               P.O. Box 9199,   Ogden, UT 84409-0199
8226260      +EDI: TSYS2.COM Jul 27 2017 00:53:00     Barclays Bank Delaware,   P.O. Box 8803,
               Wilmington, DE 19899-8803
8226261       EDI: HFC.COM Jul 27 2017 00:53:00     Best Buy/HSBC,   PO Box 5226,
               Carol Stream, IL 60197-5226
8226268       EDI: CITICORP.COM Jul 27 2017 00:53:00     Citi Cards,   P.O. Box 182564,
               Columbus, OH 43218-2564
8226264      +EDI: CAPITALONE.COM Jul 27 2017 00:53:00     Capital One,   P.O. Box 60599,
               City of Industry, CA 91716-0599
8423494      +EDI: BASSASSOC.COM Jul 27 2017 00:53:00     Capital One, N.A.,   c/o Bass & Associates, P.C.,
               3936 E. Ft. Lowell Road, Suite #200,   Tucson, AZ 85712-1083
8306445      +E-mail/Text: bankruptcy@cavps.com Jul 27 2017 01:29:48     Cavalry Portfolio Services, LLC,
               500 Summit Lake Drive Suite 400,   Valhalla, NY 10595-2322
8226265       EDI: CHASE.COM Jul 27 2017 00:53:00     Chase,   Card Member Services,   PO Box 94014,
               Palatine, IL 60094-4014
8226266       EDI: RMSC.COM Jul 27 2017 00:53:00     Chevron / GECRB,   PO Box 530950,
               Atlanta, GA 30353-0950
8226267       EDI: RMSC.COM Jul 27 2017 00:53:00     Chevron and Texaco,   P.O. Box 530950,
               Atlanta, GA 30353-0950
8226269       EDI: CRFRSTNA.COM Jul 27 2017 00:53:00     Credit First National Association,   PO Box 81344,
               Cleveland, OH 44188-0344
8318264      +EDI: CRFRSTNA.COM Jul 27 2017 00:53:00     Credit First National Association,   Po Box 818011,
               Cleveland, OH 44181-8011
8226271       EDI: CRFRSTNA.COM Jul 27 2017 00:53:00     Firestone Complete Auto Care,   Credit First N.A.,
               PO Box 81344,   Cleveland, OH 44188-0344
8226272       EDI: RMSC.COM Jul 27 2017 00:53:00     GE Capital  Retail Bank,   PO Box 960061,
               Orlando, FL 32896-0061
8239790       EDI: RMSC.COM Jul 27 2017 00:53:00     GE Capital Retail Bank,
               Care of Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
8273069       EDI: RMSC.COM Jul 27 2017 00:53:00     GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
8226273       EDI: RMSC.COM Jul 27 2017 00:53:00     GECRB/JC Pennys,   PO Box 960090,
               Orlando, FL 32896-0090
8226274       EDI: RMSC.COM Jul 27 2017 00:53:00     GEMB - Mervyns,   PO Box 981400,
               El Paso, TX 79998-1400
8226275       EDI: RMSC.COM Jul 27 2017 00:53:00     GEMB - Sam's Club,   PO Box 530942,
               Atlanta, GA 30353-0942
8226276       EDI: RMSC.COM Jul 27 2017 00:53:00     Genpact Services LLC.,   P.O. Box 960013,
               Orlando, FL 32896-0013
8271670      +EDI: BASSASSOC.COM Jul 27 2017 00:53:00     HSBC Bank Nevada, N.A.,
               3936 E Ft. Lowell Rd, Ste 200,   Tucson Az 85712-1083
8226277      +EDI: HFC.COM Jul 27 2017 00:53:00     HSBC Card Services,   PO Box 49352,
               San Jose, CA 95161-9352
```

```
District/off: 1088-2           User: bc                    Page 2 of 3                   Date Rcvd: Jul 26, 2017
                               Form ID: 3180W              Total Noticed: 64

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
8226278       EDI: HFC.COM Jul 27 2017 00:53:00     HSBC Retail Services,    PO Box 49353,
              San Jose, CA 95161-9353
8226280      +EDI: IRS.COM Jul 27 2017 00:53:00     Internal Revenue Service,
              Centralized Insolvency Operations,    P.O. Box 7346,   Philadelphia, PA 19101-7346
8226281       EDI: TSYS2.COM Jul 27 2017 00:53:00     Juniper,   Visa Card Services,    P.O. Box 13337,
              Philadelphia, PA 19101-3337
8388540      +EDI: OPHSUBSID.COM Jul 27 2017 00:53:00     KEYSTONE RECOVERY PARTNERS LLC, SERIES A,
              C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
8432886       EDI: RESURGENT.COM Jul 27 2017 00:53:00     LVNV Funding, LLC its successors and assigns as,
              assignee of CitiFinancial, Inc.,    Resurgent Capital Services,    PO Box 10587,
              Greenville, SC 29603-0587
8226282       E-mail/Text: ZyCredit.A.User@lesschwab.com Jul 27 2017 01:29:56     Les Schwab Tire Center,
              2105 South Redwood Road,    Salt Lake City, UT 84119-1300
8263494      +E-mail/Text: ZyCredit.A.User@lesschwab.com Jul 27 2017 01:29:56
              Les Schwab Tire Centers of Utah, Inc,    PO Box 5350,   Bend, OR 97708-5350
8640558       EDI: AIS.COM Jul 27 2017 00:53:00     Midland Funding LLC,   by American InfoSource LP as agent,
              PO Box 4457,   Houston, TX 77210-4457
8417411      +EDI: OPHSUBSID.COM Jul 27 2017 00:53:00     OAK HARBOR CAPITAL VI, LLC,
              C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
8226284       E-mail/Text: orsbankruptcy@utah.gov Jul 27 2017 01:30:28     Office of Recovery Services,
              515 East 100 South,    P.O. Box 45033,   Salt Lake City, UT 84145-0033
8226285       EDI: AGFINANCE.COM Jul 27 2017 00:53:00     One Main Financial,    PO Box 183172,
              Columbus, OH 43218-3172
8403204       EDI: PRA.COM Jul 27 2017 00:53:00     Portfolio Recovery Associates, LLC,    PO Box 41067,
              Norfolk VA 23541
8801698      +EDI: PRA.COM Jul 27 2017 00:53:00     PRA Receivables Management, LLC,    POB 41067,
              Norfolk, VA 23541-1067
8620073       EDI: RECOVERYCORP.COM Jul 27 2017 00:53:00     Portfolio Investments II LLC,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,
              Miami, FL 33131-1605
8398200       EDI: Q3G.COM Jul 27 2017 00:53:00     Quantum3 Group LLC as agent for,    MOMA Funding LLC,
              PO Box 788,   Kirkland, WA 98083-0788
8620074       EDI: RECOVERYCORP.COM Jul 27 2017 00:53:00     Recovery Management Systems Corporation,
              25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
8226290      +EDI: SEARS.COM Jul 27 2017 00:53:00     Sears Credit Cards,    PO Box 688957,
              Des Moines, IA 50368-8957
8226291       EDI: SEARS.COM Jul 27 2017 00:53:00     Sears Credit Cards,    PO Box 183082,
              Columbus, OH 43218-3082
8226292      +EDI: CITICORP.COM Jul 27 2017 00:53:00     The Home Depot,   Attn: Bankruptcy Department,
              P.O. Box 6497,   Sioux Falls, SD 57117-6497
8226294      +EDI: UTAHTAXCOMM.COM Jul 27 2017 00:53:00     Utah State Tax Commission,
              Attn: Bankruptcy Unit,    210 North 1950 West,   Salt Lake City, UT 84134-9000
8226297      +EDI: WFFC.COM Jul 27 2017 00:53:00     Wells Fargo Bank, N.A.,    Bankruptcy Department,
              MAC# D3347-014,    3476 Stateview Blvd.,   Fort Mill, SC 29715-7203
8226296       EDI: WFFC.COM Jul 27 2017 00:53:00     Wells Fargo Dealer Services,    PO Box 25341,
              Santa Ana, CA 92799-5341
8264255       EDI: WFFC.COM Jul 27 2017 00:53:00     Wells Fargo Dealer Services, Inc.,    PO Box 19657,
              Irvine, CA 92623-9657
                                                                                               TOTAL: 46

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8404858*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,     POB 41067,    Norfolk VA 23541)
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2017                           Signature:   /s/Joseph Speetjens

```
District/off: 1088-2           User: bc                   Page 3 of 3                   Date Rcvd: Jul 26, 2017
                               Form ID: 3180W             Total Noticed: 64
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2017 at the address(es) listed below:
              David  x2Berry    on behalf of Debtor Robert Laval Wiley slc@berrytripp.com,
               slc13@berrytripp.com;bt205@berrytripp.com
              David  x2Berry    on behalf of Joint Debtor Kathleen Bernadette Wiley slc@berrytripp.com,
               slc13@berrytripp.com;bt205@berrytripp.com
              David T. Berry    on behalf of Debtor Robert Laval Wiley slc@berrytripp.com,
               slc13@berrytripp.com;bt205@berrytripp.com
              David T. Berry    on behalf of Joint Debtor Kathleen Bernadette Wiley slc@berrytripp.com,
               slc13@berrytripp.com;bt205@berrytripp.com
              Lon  Jenkins tr   ecfmail@ch13ut.org,   lneebling@ch13ut.org
              Mark S. x2Middlemas    on behalf of Creditor    Wells Fargo Bank, N.A.
               LundbergECFmail@Lundbergfirm.com,   ecfmaildistgroup@lundbergfirm.com
              Patti H. Bass    on behalf of Creditor    HSBC Bank Nevada, N.A. ecf@bass-associates.com
              United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                             TOTAL: 8
```